Pro Se 14 (INND Rev. 2/20)

page 1

**-FILED-**

MAY 24 2022

At _____M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.*]

Derick Kentrell Green Sr.,
[*You are the PLAINTIFF, print your full name on this line.*]

**1:22CV176**

v.

Case Number 02D04-2201-F6-106
[*For a new case in this court, leave blank. The court will assign a case number.*]

M. McGill   #1977F,
[*The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] M. McGill (#1977 F.) | Fort Wayne, Indiana Police (Municipal) |
| 2 | [*Put the names of any other defendants in these boxes.*] City of Fort Wayne | Fort Wayne, Indiana |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? **2**
2. What is the name and address of your prison or jail? **Allen County Jail**

3. Did the event you are suing about happen there? ○ Yes   ☑ No, it happened at: **4023 South Park Dr. Fort Wayne, Indiana**
4. On what date did this event occur? **1-25-2022**

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Pro Se 14 (INND Rev. 2/20)                                                                 page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 1-25-2022, the Fort Wayne Police, Officer M. McGill came to my personal address in response of someone calling. 2) I had walked to the rear of my residence not knowing he was there, then when realizing he was there, I voluntarily approached Officer M. McGill, speaking to him. 3) Officer M. McGill instantly took my hand and while cuffing me I complied. Officer M. McGill took my left arm which is disfunctional and started to hurt me. I began saying you are hurting my arm and yelling in pain letting Officer M. McGill do to me as he please, he then yelled be quite, and after Officer M. McGill had me in cuffs, he then leg sweeped me from the front of my legs driving my face to the concrete breaking 3 of my teeth, scatching up my face, and bursting my lip, blackening my eyes and bursting my nose. 4) I have a visible physical problem with my left arm. My left arm is half the size of the right arm. I was in the hospital a few weeks before this took place. Officer M. McGill was wrong from the moment he approached me. Officer M. McGill was aggressive, and did

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

not follow any procedures and used excessive force that was not neccessary. My vision has a black spot in the left eye, Officer M. McGill also denied me the hospital. I still haven't seen a dentist or doctor as of 5/20/2022.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                              page 3

5. When did this event happen?
   - (✓) Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - (✓) No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - (✓) No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I would like restitution, of the maximum to fix my teeth that are broken, pain and suffering, also for all lost possession. I also would like discipline actions taken on the officer.

[Initial Each Statement]
- DL  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- DL  I will keep a copy of this complaint for my records.
- DL  I will promptly notify the court of any change of address.
- DL  I WILL NOT send more than one copy of any filing to the court.
- DL  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- DL  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/20/2022 at 5:14 am/(pm).
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    872123
Signature                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]